merce complied with the Court's remand order and filed its remand results on November 28, 1997. *See Final Results of Redetermination Pursuant To Court Remand: Gulf States Tube v. The United States, Slip. Op. 97–124 (August 29, 1997), [Consol.] Ct. No. 95–09–01125 ("Results of Redetermination").*

Pursuant to the telephonic conference held this day with Plaintiff, Gulf States Tube Division of Quanex Corporation, appearing by and through Roger Schagrin, Esq., of Schagrin Associates, Defendants, the United States and the United States Department of Commerce, appearing by and through Velta Melnbrencis, Esq., and Defendant-Intervenors, Dalmine, S.p.A., Dalmine USA Inc., and TAD USA, Inc., appearing by and through Doug Heffner, Esq., of Rogers & Wells; the Court having reviewed the pleadings and papers on file herein, no parties intending to file comments on Commerce's *Results of Redetermination*, and good cause appearing therefor, it is hereby

ORDERED ADJUDGED and DECREED that the *Results of Redetermination* are affirmed.

FABRIQUE DE FER DE CHARLEROI S.A., PLAINTIFF *v.* UNITED STATES OF AMERICA AND U.S. DEPARTMENT OF COMMERCE, DEFENDANTS

Court No. 93–09–00600–AD

(Dated March 12, 1998)

## JUDGMENT

AQUILINO, JR., *Judge:* The plaintiff having moved for judgment based upon the record compiled by the International Trade Administration, U.S. Department of Commerce ("ITA") *sub nom. Antidumping Duty Order and Amendment to Final Determination of Sales at Less Than Fair Value: Certain Cut-to-Length Carbon Steel Plate From Belgium,* 58 Fed.Reg. 44,164 (Aug. 19, 1993); and the court in slip op. 98–4, 22 CIT 6, 994 F.Supp. 395, (Jan. 16, 1998), having granted the motion to the extent of affording the agency 45 days to consider and report whether, in the exercise of its sound discretion, factoring plaintiff's profit on home-market sales of Z-type product in a manner more reflective of the record leads to a weighted-average margin percentage greater than the 3.65 reported at 58 Fed.Reg. 37,091 for the plaintiff; and the ITA not having filed any such report; Now therefore, after due deliberation, it is

ORDERED, ADJUDGED and DECREED that the 3.65 weighted-average margin percentage reported for the plaintiff at *Final Determinations of Sales at Less Than Fair Value: Certain Hot-Rolled Carbon Steel Flat Products, Certain Cold-Rolled Carbon Steel Flat Products, and Certain*

*Cut-to-Length Carbon Steel Plate From Belgium,* 58 Fed.Reg. 37,083, 37,091 (July 9, 1993), be, and it hereby is, affirmed; and it is further hereby

ORDERED that the defendants and their officials, employees, servants, sureties and assigns proceed hereafter in accordance with the foregoing declaratory relief.